DOCKET NO._____
U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DEC 1 2 2018

FILED
PETER OPPENEER, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| v. | Case No. 18-CR-169-JDP |
| FAROOQ SHAHZAD, | 21 U.S.C. § 846 |
| | 18 U.S.C. § 2342 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

Beginning on or about July 1, 2015 and continuing through on or about May 31, 2016, the defendant,

FAROOQ SHAHZAD,

knowingly and intentionally conspired with Z.S., L.K., T.E. and others to distribute and possess with intent to distribute mixtures and substances containing detectable amounts of the following controlled substances and controlled substance analogues: AMB-FUBINACA, AB-FUBINACA, 5F-AB-PINACA, XLR-11, and AM-2201, in violation of Title 21, United States Code, Sections 841(a)(1) and 813.

(All in violation of Title 21, United States Code, Section 846.)

COUNT 2

On or about June 3, 2016, in the Western District of Wisconsin, the defendant,

FAROOQ SHAHZAD,

knowingly purchased and possessed contraband smokeless tobacco as that term is defined in Title 18, United States Code, Section 2341, specifically, a quantity of 720 single-unit consumer-sized packages of smokeless tobacco.

(In violation of Title 18, United States Code, Section 2342.)

12/12/18
Date

SCOTT C. BLADER
United States Attorney